435 A.2d 1308

In Re Adoption of Ann Olivia Hlabangana.
Appeal of Oscar H. Harris and Barbara A. Harris.
Victor Hlabangana, participating party.

Argued September 10, 1980. Maxwell P. Gorson, for appellant; Alli Majeed, for participating party, Victor Hlabangana.

Before CERCONE, P. J. and WICKERSHAM and VAN der VOORT, JJ.

The order of the lower court is affirmed.

VAN der VOORT, J., filed a memorandum dissenting opinion.